1
2
3
4                              UNITED STATES DISTRICT COURT

5                            NORTHERN DISTRICT OF CALIFORNIA

6

7    DARRYL DUNCAN,                          Case No.  19-cv-06458-DMR

8                 Plaintiff,

9         v.                                 **ORDER RE APPLICATION TO
                                             PROCEED IN FORMA PAUPERIS**
10   ANDREW SAUL,

11                Defendant.

12

13

14   [x]    IT IS ORDERED that the application to proceed in forma pauperis is <u>GRANTED</u>.

15      [x]        <u>Issuance of Summons and service of process by Marshal</u>: The complaint having

16          been found to comply with Title 28 USC § 1915, IT IS FURTHER ORDERED that the

17          Clerk issue summons, and IT IS FURTHER ORDERED that the U.S. Marshal for the

18          Northern District of California serve, without prepayment of fees, a copy of the complaint,

19          any amendments, attachments, scheduling orders and other documents specified by the

20          Clerk, plaintiff's affidavit and this order upon the defendant(s).

21      [ ]        Issuance of summons and service will be determined separately.

22   [ ]    IT IS ORDERED that the application to proceed in forma pauperis is <u>DENIED</u>, and

23          plaintiff shall pay the filing fee according to the paragraph(s) checked below. Failure to make

24          payment by the date(s) specified will result in dismissal of the above-entitled action without

25          prejudice. Plaintiff is responsible for service of the summons and the complaint and any

26          amendments and attachments, as well as scheduling orders and other documents specified by

27          the Clerk, pursuant to Rule 4 of the Federal Rules of Civil Procedure.

28
     *IFP_Order_nonPSP_8-18_CSA*
     *rev. Aug. 2018*

1    [ ]        Full fee: Plaintiff must pay the entire filing fee of $400.00:

2         [ ]        In full no later than

3         [ ]        Partial payment of $ due on , remaining balance

4              [ ]        due and payable on  or

5              [ ]        to be paid in installments as follows:

6

7    [ ]        Reduced fee: Plaintiff must pay a reduced filing fee of $ according to the

8    paragraph checked below; the remainder of the fee is hereby waived.

9         [ ]        Reduced fee to be paid no later than

10         [ ]        Partial payment of $ due on , remaining balance

11              [ ]        due and payable on  or

12              [ ]        to be paid in installments as follows:

13

14    IT IS FURTHER ORDERED that while this case is pending, plaintiff must promptly

15    inform the Court of any change(s) of address. Failure to do so may result in dismissal of this

16    action.

17    **IT IS SO ORDERED.**

18    Dated: October 22, 2019

19    _____

20    DONNA M. RYU
      United States Magistrate District Judge

21

22

23

24

25

26

27

28

2